IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**BETTY FRANCOIS,**

    *Plaintiff*,

v.                                               Case No.: 4:20cv554-MW/MAF

**TALLAHASSEE FCI,**

    *Defendant*.

_____/

**ORDER ACCEPTING AND ADOPTING
<u>REPORT AND RECOMMENDATION</u>**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 7. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's claims are **DISMISSED** for failure to comply with court orders pursuant to Fed. R. Civ. P. 41(b) and N.D. Fla. Loc. R. 41.1 and for want of prosecution. Plaintiff has failed to state a claim for relief." The Clerk shall note on the docket that this case is dismissed pursuant to 28

1

U.S.C. § 1915(e)(2)(B)(ii), and the Clerk shall close the file.

**SO ORDERED on March 11, 2021.**

<u>**s/Mark E. Walker**</u>
**Chief United States District Judge**

2

U.S.C. § 1915(e)(2)(B)(ii), and the Clerk shall close the file.

**SO ORDERED on March 11, 2021.**

<u>**s/Mark E. Walker**</u>
**Chief United States District Judge**